[No. 51739-2-I. Division One. August 30, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ADRIAN L. WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-00493-2, Richard J. Thorpe, J., entered January 8, 2002. *Reversed* by unpublished opinion per Becker, J., concurred in by Baker and Kennedy, JJ.

[No. 29944-5-II. Division Two. August 31, 2004.]

*In the Matter of the Marriage of* DAN W. MULLEN, *Appellant*, and JEANINE SWANN, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 01-3-01024-4, Diane M. Woolard, J., entered February 11, 2003. *Reversed* by unpublished opinion per Houghton, J., concurred in by Morgan, A.C.J., and Hunt, J.

[No. 30249-7-II. Division Two. August 31, 2004.]

AZIZ SAFOUANE, ET AL., *Appellants*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 01-2-00467-8, Richard A. Strophy, J., entered April 21, 2003. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Hunt, J.

[No. 20300-0-III. Division Three. August 31, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK CURTIS GREER, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 00-1-01563-7, Michael W. Leavitt, J., entered June 26, 2001. *Reversed* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Brown, JJ.